**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A, Blasioli<br>　　　　Dani M. Blasioli aka Dani M.<br>Smith aka Dani M. Caskey<br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-20751 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　/s/ Brian C. Nicholas (Atty ID: 317240)
　　　　Brian Nicholas
　　　　16 Jul 2021, 09:47:43, EDT

　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　Maria D. Miksich, Esq. (319383) ☐
　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　KML Law Group, P.C.
　　　　BNY Mellon Independence Center
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106
　　　　412-430-3594
　　　　bkgroup@kmllawgroup.com