IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20751 GLT |
| | : | Chapter 13 |
| David A. Blasioli | : | Related to Docket No. 70 |
| Dani M. Blasioli | : | |
| *Debtors* | : | |
| | : | |
| Dani M. Blasioli | : | |
| Social Security No. XXX-XX-1221 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Penn Trafford School District and Ronda J. Winnecour | : | |
| *Respondents* | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 2, 2022, a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

Penn Trafford School District
ATTN: Payroll Department
PO Box 530
Harrison City, PA  15636

Dani M. Blasioli
1113 Bennett Avenue
Jeannette, PA 15644

Date: March 2, 2022

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
kenny.steinbergl@steidl-steinberg.com
PA I.D. No. 31244