IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-20751 GLT |
| | ) | Chapter 13 |
| David A. Blasioli | ) | Related Docket No. 75 & 77 |
| Dani M. Blasioli, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, David A. Blasioli and Dani M. Blasioli, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On June 9, 2022 this Honorable Court entered an order at Docket No.75, approving the Debtors' request to obtain financing to purchase a new vehicle.

2. To date, the Debtors have been unable to obtain financing to purchase a new vehicle.

3. The Debtors will continue to attempt to obtain financing to purchase a new vehicle.

WHEREFORE, the Debtors, David A. Blasioli and Dani M. Blasioli, respectfully file this Report of Financing.

                                                Respectfully submitted,

July 27, 2022                      /s/ Christopher M. Frye
DATE                                Christopher M. Frye, Esquire
                                            Attorney for the Debtor(s)

                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            chris.frye@steidl-steinberg.com
                                            PA I.D. No. 208402