**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/09/2022

IN RE:

DAVID A. BLASIOLI
DANI M. BLASIOLI
C/O CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG
707 GRANT STREET STE 2830
PITTSBURGH, PA 15219
XXX-XX-0033           Debtor(s)

XXX-XX-1221

Case No.18-20751 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/9/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VALUE CITY FRNTR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8235 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 7,234.61<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4758 |
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L/**<br>ATTN. MARISA MYERS COHEN ESQ<br>123 SOUTH BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES\***<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 4  INT %: 5.69%<br>Court Claim Number: 3<br>CLAIM: 16,653.07<br>COMMENT: $CL3 GOVS@TRMS/PL\*910CL/PL\*FR 1ST NTL BNK-DOC 61 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2206 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 0.00<br>COMMENT: DKT4PMT-LMT\*ARRS/PL-CL=$0\*FR FLAGSTAR-DOC 81 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5225 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,496.66<br>COMMENT: AMAZON/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3521 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,016.55<br>COMMENT: SYNCRNY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9031 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6808 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,348.76<br>COMMENT: X8754/SCH\*CAPITAL ONE BNK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7566 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1091 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 689.42<br>COMMENT: CARE CREDIT/SYNCHRONY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3644 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6142 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 846.31<br>COMMENT: HOME DEPOT/CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3059 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 5,368.33<br>COMMENT: AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0033 |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9EMG |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8315 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,838.55<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9477 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O CITIBANK NA**<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,602.14<br>COMMENT: MACYS*IMPROPER AMD CL W/D @ DOC 55*ADR/CR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2855 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 19-2<br>CLAIM: 4,196.61<br>COMMENT: 0037/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3799 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,558.63<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8365 |
| **NEW STATON PRIMARY CARE**<br>512 S CENTER AVE<br>NEW STATON, PA 15672 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1300 |
| **PAYPAL CREDIT**<br>PO BOX 965004<br>ORLANDO, FL 32896-5004 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5955 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6187 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,533.63<br>COMMENT: X2464/SCH*SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4610 |
| **SHERIDAN HEALTHCARE**<br>7700 WEST SUNRISE BLVD<br>PLANTATION, FL 33322 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9176 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 850.98<br>COMMENT: 0634/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5362 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 11,074.28<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5362 |
| **THE OUTER BANKS HOSPITAL**<br>POB 71095<br>CHARLOTTE, NC 28272-1095 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3828 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 765.21<br>COMMENT: 0975/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1221 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX 78288-0596 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4774 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 4,742.65<br>COMMENT: VALUE CITY FURNITURE*SYNCHRONY BNK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8235 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br>GREENSBURG, PA 15601 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1315 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br>GREENSBURG, PA 15601 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1188 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 512.44<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1221 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 0.00<br>COMMENT: IMPROPER AMD CL W/D-DOC 55 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2855 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BROCK & SCOTT PLLC**<br>8757 RED OAK BLVD<br>CHARLOTTE, NC 28217 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN~NATIONSTAR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |