FILED
9/13/22 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-20751 GLT |
| | Chapter 13 |
| David A. Blasioli | |
| Dani M. Blasioli, | Related to Dkt. No. 84 |
| *Debtor(s)* | |
| | |
| David A. Blasioli | |
| Dani M. Blasioli, | |
| *Movant(s)* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
| *Respondents* | |

## CONSENT ORDER APPROVING DEBTORS TO PURCHASE A NEW OR USED MOTOR VEHICLE

AND NOW, to wit, this 13th day of September 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors are approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle or incur a new vehicle lease;

2. The vehicle must be purchased within 60 days of the date of this order;

3. Within 15 days of the financing of the motor vehicle the Debtors will file a report of financing;

4. The Debtors are 6 months from completing their plan and therefore an amended plan is not necessary;

5. The Debtors are permitted to pay the loan outside of the Chapter 13 plan.

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

/s/ Kate DeSimone_____
Counsel for the Chapter 13 Trustee

/s/ Christopher M. Frye_____
Christopher M. Frye, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

**Recip ID    Recipient Name and Address**
  +    Kate DeSimone, Esq., Suite 3250 USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 14, 2022 | Form ID: pdf900 | Total Noticed: 1

Mario J. Hanyon
        on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
        on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8