IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-20751 GLT |
| | ) | Chapter 13 |
| David A. Blasioli | ) | Related Docket No. 75 & 77 |
| Dani M. Blasioli, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, David A. Blasioli and Dani M. Blasioli, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On June 9, 2022 this Honorable Court entered an order at Docket No.75, approving the Debtors' request to obtain financing to purchase a new vehicle.

2. To date, the Debtors have been unable to obtain financing to purchase a new vehicle.

3. The Debtors have abandoned trying to obtain financing to purchase a new vehicle.

WHEREFORE, the Debtors, David A. Blasioli and Dani M. Blasioli, respectfully file this Report of Financing.

Respectfully submitted,

December 13, 2022                    /s/ Christopher M. Frye
DATE                                 Christopher M. Frye, Esquire
                                     Attorney for the Debtor(s)

                                     STEIDL & STEINBERG
                                     Suite 2830 – Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     chris.frye@steidl-steinberg.com
                                     PA I.D. No. 208402