**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/21/23 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DAVID A. BLASIOLI<br>  DANI M. BLASIOLI<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>             vs.<br>  DAVID A. BLASIOLI<br>  DANI M. BLASIOLI<br><br>           Respondents | Case No.18-20751GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 92 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 21st day of April 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Penn Trafford School District
Attn: Payroll Manager
Administration Bldg
Harrison City, PA 15636

is hereby ordered to immediately terminate the attachment of the wages of DANI M. BLASIOLI, social security number XXX-XX-1221. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANI M. BLASIOLI.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. ADDONIO    jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | David A. Blasioli, Dani M. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov
    cmecf@chapter13trusteewdpa.com

TOTAL: 8