UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/21/23 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAVID A. BLASIOLI
  DANI M. BLASIOLI
           Debtor(s)
  Ronda J. Winnecour, Trustee
           Movant
         vs.
  DAVID A. BLASIOLI
  DANI M. BLASIOLI

           Respondents

Case No. 18-20751GLT

Chapter 13

Related to Dkt. No. 94

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 21st day of April 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Foods
Attn: Payroll Department
9399 W Higgins Rd
Ste 500
Des Plaines, IL 60018

is hereby ordered to immediately terminate the attachment of the wages of DAVID A. BLASIOLI, social security number XXX-XX-0033. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID A. BLASIOLI.

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
CHIEF UNITED STATES BANKRUPCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David A. Blasioli  
Dani M. Blasioli  
    Debtors

Case No. 18-20751-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | David A. Blasioli, Dani M. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8