IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David A. Blasioli | ) | Case No. 18-20751 GLT |
| Dani M. Blasioli, | ) | Chapter 13 |
| Debtor(s) | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Dani M. Blasioli, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned Debtor, Dani M. Blasioli, should be as follows:

Old Address:

1113 Bennett Avenue
Jeannette, PA 15644

New Address:

12 Saxony Drive
Harrison City, PA 15636

                                                Respectfully submitted,

| | |
|---|---|
| <u>May 15, 2023</u> | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
| | Attorney for the Debtor(s) |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | chris.frye@steidl-steinberg.com |
| | PA I.D. No. 208402 |