Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David A. Blasioli** | : | Case No. 18−20751−GLT |
| **Dani M. Blasioli** | : | Chapter: 13 |
| aka Dani M. Smith, aka Dani M. Caskey | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 107 |
| | : | |
| v. | : | Hearing Date: 9/7/23 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 107 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before August 11, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **September 7, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David A. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |
| jdb | + | Dani M. Blasioli, 12 Saxony Drive, Harrison City, PA 15636-1507 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14783056 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14783058 | | Dave's Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14783059 | | Dept of Education Fedloan Serv., PO Box 530210, Atlanta, GA 30353-0210 |
| 14783060 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14783061 | | Excela Health, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14783069 | + | New Stanton Primary Care, 512 S. Center Ave, New Stanton, PA 15672-9714 |
| 14783071 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14783074 | + | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14829284 | + | Somerset Trust Company, 151 Main St, Somerset Pa 15501-2068 |
| 14783076 | | The Outer Banks Hospital, PO Box 71905, Charlotte, NC 28272-1095 |
| 14802951 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14783080 | | Westmoreland Hospital, 522 West Pittsburgh Street, Greensburg, PA 15601 |
| 14783081 | + | Westmoreland Hospital Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14783050 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:23 | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783052 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 00:51:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14783053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:19 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14783054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:12 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14783055 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:26 | Care Credit, GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14815277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:03 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 28 2023 01:46:17 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 14983524 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14790704 | | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783062 | | Email/Text: ebn@carepayment.com | Jun 28 2023 00:53:00 | Excela Health, c/o Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14783063 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14810707 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14783064 | ^ | MEBN | Jun 28 2023 00:52:08 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14783057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:07:08 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14830492 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jun 28 2023 00:52:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14825353 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14783067 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 28 2023 00:52:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14783068 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:43 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15510208 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15318931 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 28 2023 00:53:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14815544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783750 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:07:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783070 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:03 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14816110 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783072 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:29:37 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14818534 | + | Email/Text: tdebn@credbankserv.com | Jun 28 2023 00:52:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14783077 | ^ | MEBN | Jun 28 2023 00:52:44 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14821202 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821582 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15570519 | + | Email/Text: EBN@edfinancial.com | Jun 28 2023 00:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14783078 | | Email/Text: bkelectronicnotices@usaa.com | Jun 28 2023 00:51:00 | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14783079 | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:02 | Value City Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783051 | * | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783075 | *+ | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14783065 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |
| 14783073 | ##+ | Sheridan Healthcare, 7700 WEST SUNRISE BLVD, Plantation, FL 33322-4113 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 49

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9