**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID A. BLASIOLI<br>DANI M. BLASIOLI<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-20751<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/28/2018 and confirmed on 5/2/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,071.00 |
| Less Refunds to Debtor | 3,523.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,547.09 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 4,576.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,976.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 66,389.61 | 0.00 | 66,389.61 |
|     Acct: 5225 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 16,653.07 | 16,653.07 | 2,314.07 | 18,967.14 |
|     Acct: 2206 | | | | |
| | | | | 85,356.75 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. BLASIOLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. BLASIOLI | 1,174.00 | 1,174.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. BLASIOLI | 2,349.91 | 2,349.91 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   DISCOVER BANK(*) | 7,234.61 | 578.77 | 0.00 | 578.77 |
|     Acct: 4758 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 1,496.66 | 119.73 | 0.00 | 119.73 |
|     Acct: 3521 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,016.55 | 161.32 | 0.00 | 161.32 |
|     Acct: 9031 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6808 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,348.76 | 187.90 | 0.00 | 187.90 |
|     Acct: 7566 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1091 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 689.42 | 55.15 | 0.00 | 55.15 |
| Acct: 3644 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6142 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 846.31 | 67.70 | 0.00 | 67.70 |
| Acct: 3059 | | | | |
| US DEPARTMENT OF EDUCATION | 5,368.33 | 429.47 | 0.00 | 429.47 |
| Acct: 0033 | | | | |
| TD RETAIL CARD SERVICES | 1,838.55 | 147.08 | 0.00 | 147.08 |
| Acct: 9477 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 4,602.14 | 368.17 | 0.00 | 368.17 |
| Acct: 2855 | | | | |
| MARINER FINANCE LLC | 4,196.61 | 335.73 | 0.00 | 335.73 |
| Acct: 3799 | | | | |
| MERRICK BANK | 1,558.63 | 124.69 | 0.00 | 124.69 |
| Acct: 8365 | | | | |
| NEW STATON PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| PAYPAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5955 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6187 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,533.63 | 202.69 | 0.00 | 202.69 |
| Acct: 4610 | | | | |
| SHERIDAN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9176 | | | | |
| SOMERSET TRUST COMPANY | 850.98 | 68.08 | 0.00 | 68.08 |
| Acct: 5362 | | | | |
| SOMERSET TRUST COMPANY | 11,074.28 | 885.94 | 0.00 | 885.94 |
| Acct: 5362 | | | | |
| THE OUTER BANKS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3828 | | | | |
| UPMC HEALTH SERVICES | 765.21 | 61.22 | 0.00 | 61.22 |
| Acct: 1221 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4774 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,742.65 | 379.41 | 0.00 | 379.41 |
| Acct: 8235 | | | | |
| WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | | | | |
| WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1188 | | | | |
| UPMC PHYSICIAN SERVICES | 512.44 | 41.00 | 0.00 | 41.00 |
| Acct: 1221 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2855 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8235 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8315 | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |

18-20751 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9EMG | | | | 4,214.05 |
| **TOTAL PAID TO CREDITORS** | | | | | **89,570.80** |

TOTAL CLAIMED
 PRIORITY          0.00
 SECURED      16,653.07
 UNSECURED    52,675.76

Date: 06/26/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID A. BLASIOLI
DANI M. BLASIOLI
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-20751

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David A. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |
| jdb | + | Dani M. Blasioli, 12 Saxony Drive, Harrison City, PA 15636-1507 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14783056 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14783058 | | Dave's Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14783059 | | Dept of Education Fedloan Serv., PO Box 530210, Atlanta, GA 30353-0210 |
| 14783060 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14783061 | | Excela Health, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14783069 | + | New Stanton Primary Care, 512 S. Center Ave, New Stanton, PA 15672-9714 |
| 14783071 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14783074 | + | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14829284 | + | Somerset Trust Company, 151 Main St, Somerset Pa 15501-2068 |
| 14783076 | | The Outer Banks Hospital, PO Box 71905, Charlotte, NC 28272-1095 |
| 14802951 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14783080 | | Westmoreland Hospital, 522 West Pittsburgh Street, Greensburg, PA 15601 |
| 14783081 | + | Westmoreland Hospital Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14783050 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:12 | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783052 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 00:51:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14783053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:13 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14783054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:23 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14783055 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:29:53 | Care Credit, GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14815277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:07:20 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 28 2023 01:07:24 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 14983524 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14790704 | | Email/Text: mrdiscen@discover.com | Jun 28 2023 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783062 | | Email/Text: ebn@carepayment.com | Jun 28 2023 00:53:00 | Excela Health, c/o Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14783063 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14810707 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14783064 | ^ | MEBN | Jun 28 2023 00:52:10 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14783057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:46:54 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14830492 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jun 28 2023 00:52:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14825353 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14783067 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 28 2023 00:52:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14783068 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:52 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15510208 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15318931 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 28 2023 00:53:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14815544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:07:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783750 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783070 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:29 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14816110 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783072 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:31 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14818534 | + | Email/Text: tdebn@credbankserv.com | Jun 28 2023 00:52:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14783077 | ^ | MEBN | Jun 28 2023 00:52:44 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14821202 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821582 | | Email/Text: BNCnotices@dcmservices.com | Jun 28 2023 00:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15570519 | + | Email/Text: EBN@edfinancial.com | Jun 28 2023 00:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14783078 | | Email/Text: bkelectronicnotices@usaa.com | Jun 28 2023 00:51:00 | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |

Case 18-20751-GLT   Doc 111   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| 14783079 | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:50 | Value City Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783051 | * | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783075 | *+ | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14783065 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |
| 14783073 | ##+ | Sheridan Healthcare, 7700 WEST SUNRISE BLVD, Plantation, FL 33322-4113 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 49

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9