| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David A. Blasioli<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0033<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dani M. Blasioli<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1221<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18-20751-GLT | | |

## Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David A. Blasioli

Dani M. Blasioli
aka Dani M. Smith, aka Dani M. Caskey

<u>8/14/23</u>

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David A. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |
| jdb | #+ | Dani M. Blasioli, 12 Saxony Drive, Harrison City, PA 15636-1507 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14783056 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14783058 | | Dave's Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14783059 | | Dept of Education Fedloan Serv., PO Box 530210, Atlanta, GA 30353-0210 |
| 14783060 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14783061 | | Excela Health, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14783069 | + | New Stanton Primary Care, 512 S. Center Ave, New Stanton, PA 15672-9714 |
| 14783071 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14783074 | + | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14829284 | + | Somerset Trust Company, 151 Main St, Somerset Pa 15501-2068 |
| 14783076 | | The Outer Banks Hospital, PO Box 71905, Charlotte, NC 28272-1095 |
| 14802951 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14783080 | | Westmoreland Hospital, 522 West Pittsburgh Street, Greensburg, PA 15601 |
| 14783081 | + | Westmoreland Hospital Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr  + | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Department Store National Bank, PO Box 657, |

Case 18-20751-GLT   Doc 114   Filed 08/16/23   Entered 08/17/23 00:29:20   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14783050 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Kirkland, WA 98083-0657 |
| | | | | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783052 | | EDI: BANKAMER.COM | Aug 15 2023 03:27:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14783053 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14783054 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14783055 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Care Credit, GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14815277 | + | EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783066 | + | EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 14983524 | | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14790704 | | EDI: DISCOVER.COM | Aug 15 2023 03:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783062 | | Email/Text: ebn@carepayment.com | Aug 14 2023 23:46:00 | Excela Health, c/o Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14783063 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 14 2023 23:44:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14810707 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 14 2023 23:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14783064 | ^ | MEBN | Aug 14 2023 23:31:05 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14783057 | | EDI: JPMORGANCHASE | Aug 15 2023 03:27:00 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14830492 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 14 2023 23:44:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14825353 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:51:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14783067 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2023 23:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14783068 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:03 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15510208 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2023 23:44:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15318931 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 14 2023 23:46:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14815544 | | EDI: PRA.COM | Aug 15 2023 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783750 | + | EDI: RECOVERYCORP.COM | Aug 15 2023 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783070 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14816110 | | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783072 | | EDI: CITICORP.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2023 03:27:00 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14818534 | + | EDI: CBSTDR | Aug 15 2023 03:27:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14783077 | ^ | MEBN | Aug 14 2023 23:32:06 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14821202 | | Email/Text: BNCnotices@dcmservices.com | Aug 14 2023 23:45:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821582 | | Email/Text: BNCnotices@dcmservices.com | Aug 14 2023 23:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15570519 | + | Email/Text: EBN@edfinancial.com | Aug 14 2023 23:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14783078 | | EDI: USAA.COM | Aug 15 2023 03:27:00 | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |
| 14783079 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Value City Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783051 | * | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783075 | *+ | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14783065 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |
| 14783073 | ##+ | Sheridan Healthcare, 7700 WEST SUNRISE BLVD, Plantation, FL 33322-4113 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 51 |

Brian Nicholas
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9