# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/14/23 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>DAVID A. BLASIOLI<br>DANI M. BLASIOLI<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Movant<br>  vs.<br>No Repondents. | Case No.:18-20751<br><br>Chapter 13<br><br>Related to Docket No. 107 |

### ORDER OF COURT

AND NOW, this ___ 14th Day of August, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

### ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20751-GLT |
| David A. Blasioli | Chapter 13 |
| Dani M. Blasioli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David A. Blasioli, 1113 Bennett Avenue, Jeannette, PA 15644 |
| jdb | #+ | Dani M. Blasioli, 12 Saxony Drive, Harrison City, PA 15636-1507 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14783056 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14783058 | | Dave's Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14783059 | | Dept of Education Fedloan Serv., PO Box 530210, Atlanta, GA 30353-0210 |
| 14783060 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14783061 | | Excela Health, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14783069 | + | New Stanton Primary Care, 512 S. Center Ave, New Stanton, PA 15672-9714 |
| 14783071 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14783074 | + | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14829284 | + | Somerset Trust Company, 151 Main St, Somerset Pa 15501-2068 |
| 14783076 | | The Outer Banks Hospital, PO Box 71905, Charlotte, NC 28272-1095 |
| 14802951 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14783080 | | Westmoreland Hospital, 522 West Pittsburgh Street, Greensburg, PA 15601 |
| 14783081 | + | Westmoreland Hospital Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14783050 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:29 | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783052 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 14 2023 23:44:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14783053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:51:10 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14783054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 00:02:52 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14783055 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:40:18 | Care Credit, GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14815277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14783066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:50:51 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| | | | Aug 15 2023 00:14:38 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 14983524 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14790704 | | Email/Text: mrdiscen@discover.com | Aug 14 2023 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783062 | | Email/Text: ebn@carepayment.com | Aug 14 2023 23:46:00 | Excela Health, c/o Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 14783063 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 14 2023 23:44:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14810707 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 14 2023 23:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14783064 | ^ | MEBN | Aug 14 2023 23:30:59 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14783057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2023 23:39:28 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14830492 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 14 2023 23:44:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14825353 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2023 00:02:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14783067 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2023 23:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14783068 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2023 00:02:31 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15510208 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2023 23:44:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15318931 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 14 2023 23:46:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14815544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2023 23:40:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783750 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 14 2023 23:51:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783070 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:43 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14816110 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783072 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 00:40:10 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 14818534 | + | Email/Text: tdebn@credbankserv.com | Aug 14 2023 23:45:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14783077 | ^ | MEBN | Aug 14 2023 23:32:07 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14821202 | | Email/Text: BNCnotices@dcmservices.com | Aug 14 2023 23:45:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821582 | | Email/Text: BNCnotices@dcmservices.com | Aug 14 2023 23:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15570519 | + | Email/Text: EBN@edfinancial.com | Aug 14 2023 23:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

Case 18-20751-GLT    Doc 115    Filed 08/16/23    Entered 08/17/23 00:29:20    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| 14783078 | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2023 23:44:00 | USAA, 10750 McDermott FWY, San Antonio, TX 78288-0570 |
| 14783079 | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 00:02:20 | Value City Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14783051 | * | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14783075 | *+ | Somerset Trust Co., 250 South 3rd St., Youngwood, PA 15697-1665 |
| 14783065 | ##+ | Littman Jewelers, PO Box 731, Mahwah, NJ 07430-0731 |
| 14783073 | ##+ | Sheridan Healthcare, 7700 WEST SUNRISE BLVD, Plantation, FL 33322-4113 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Dani M. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor David A. Blasioli chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 49

    on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9